ACCEPTED
06-16-00109-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/22/2016 7:31:11 PM
DEBBIE AUTREY
CLERK

## CAUSE NO. 06-16-00109-CR

**BOBBY C. JOHNSON**           **IN THE SIXTH COURT OF APPEALS**
**V**
**THE STATE OF TEXAS**         **TEXARKANA , TEXAS**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/23/2016 8:06:00 AM
DEBBIE AUTREY
Clerk

### MOTION FOR APPOINTMENT OF APPELLATE  ATTORNEY

**TO THE HONORABLE JUSTICES OF THE COURT:**

Now Comes William T. Hughey seeking the Appointment of an Appellate Attorney for Bobby C. Johnson  in the pending case on appeal. In support of this motion counsel would tender to the Court the following:

1. Counsel on the  6th day of June  2016, filed electronically a Notice of Appeal for Appellant signed by the Appellant reflecting his desire for the appointment of an Appellate  Attorney.

2.In connection with the filing the Notice of Appeal was filed with a letter to the Trial Court noticing Appellant's  need for the appointment of an Appellate Attorney. See Attachment A incorporated herein by reference.

3. The Notice of Appellant was processed and forwarded to this Honorable Court listing the undersigned as Appellate Counsel.

4.Said Notice of Appeal was filed to insure that Appellant Johnson appeal rights were protected but was not submitted for purposes of representing  Appellant Johnson on Appeal.

**Wherefore Premise** considered the undersigned  Prays  that upon review and  consideration of this Motion that this Honor Court remands the pending Appeal to the Trial Court for appointment of Appellate Attorney for Appellant Bobby C. Johnson .

Respectfully submitted,

**THE HUGHEY LAW FIRM PLLC**

BY: /s/ *William T. Hughey*

**WILLIAM T. HUGHEY**

**SBC # 10245500**

**Hugheylaw@sbcglobal.net**

**Ph. No. 903-935-5550**

**Fax No. 866-823-7185**

**P.O. Box 2012**

**Marshall, Texas, 75671**

ATTORNEY FOR APPELLANT

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Motion has been delivered Via

E-Serve to the Gregg County District Attorney Office on this 22st day of June 2016.

/s/ *William T. Hughey*
**WILLIAM T. HUGHEY**
**SBC # 10245500**
**Hugheylaw@sbcglobal.net**

# THE HUGHEY LAW FIRM P.L.L.C.

June 6, 2016

***Via E-File***
Hon. Judge David Brabham
188th District Court
Gregg County, Texas

Re: State of Texas vs. Bobby C. Johnson
Cause Numbers 40,942-A
Notice of Appeals

Dear Judge Brabham

I am filing contemporaneous with this letter Notice of Appeal for Mr. Bobby C. Johnson in the above referenced matters. I was originally retained in this matter by a family member of Mr. Johnson to represent Mr. Johnson in the disposition of the a Motion to Proceed with Adjudication which was heard and ruled on by this Court on May 23, 2016. I obtained a signed Notice of Appeals from Mr. Johnson on this date; the Notice of Appeal is being filed with this letter to protect Mr. Johnson appellate rights and as my final act of representation.

The Notice of Appeal reflects Mr. Johnson indigent status and request for appointment of appellate counsel. I will await any additional directives of the Court to bring closure to my representation of Mr. Johnson.

I Remain
/s/ *William T. Hughey*
William T. Hughey

*Re-filed 6-8-16 Original Filing Returned to Dark*

Cc: Gregg County ,District Attorney Office
    Via E-Serve

**THE HUGHEY LAW FIRM, P.L.L.C.**
**P.O. Box 2012**
**Marshall, Texas, 75671**
**E-mail: Hugheylaw@sbcglobal.net**
**Phone No. (903) 935-5550**
**Fax No. 1(866)-823-7185**

## <u>VERIFICATION</u>

BEFORE ME, the undersigned on this day personally appeared **William T. Hughey,**

known to me, who, upon being duly sworn by me, stated upon her oath the following:

"My name is **William T. Hughey** , I am competent to attest to the following. All the

facts and allegations contained in this Motion are true and correct based on my Personal

Knowledge.

_____
**William T. Hughey**

SIGNED AND SWORN TO BEFORE ME, the undersigned Notary Public, on this ___

day of _____ , 2016.

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS

_____
PRINTED NAME OF NOTARY
MY COMMISSION EXPIRES: _____



CHELSEY GUNN
OFFICIAL NOTARY PUBLIC
COMMISSION EXPIRES
04-02-2019